ANDREW D. HEROLD, ESQ., Bar No. 178640
aherold@heroldsagerlaw.com
EMILY G. COTTRELL, ESQ., Bar No. 239233
ecottrell@heroldsagerlaw.com
KENDALL DULICH, ESQ., Bar No. 178307
kdulich@heroldsagerlaw.com
HEROLD & SAGER
550 Second Street, Suite 200
Encinitas, CA  92024
(760) 487-1047 / (760) 487-1064 FAX

Attorneys for Defendants and Third-Party Plaintiffs
LEXINGTON INSURANCE COMPANY and AIG SPECIALTY INSURANCE
COMPANY f/k/a CHARTIS SPECIALTY INSURANCE COMPANY f/k/a
AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; FIDELITY AND GUARANTY INSURANCE COMPANY, an Iowa Corporation; and ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation; AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois corporation; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>AND RELATED THIRD-PARTY COMPLAINT | Case No. 2:18-cv-08964-TJH (MRWx)<br><br>Hon. Judge Terry J. Hatter, Jr.<br>Magistrate Judge Michael R. Wilner<br><br>**ORDER RE STIPULATION TO DISMISS ACTION WITH PREJUDICE  [JS-6]**<br><br><br>Complaint Filed: October 17, 2018 |

1  Pursuant to the parties' joint stipulation, all claims, third-party claims,
2  counterclaims, and crossclaims in the above-captioned action are dismissed with
3  prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.
4  Each party shall bear its own fees and costs.
5  **IT IS SO ORDERED.**

7  DATED: June 17, 2022      _____
8                            HON. JUDGE TERRY J. HATTER, JR.
                              UNITED STATES DISTRICT JUDGE